# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**NICOLE BLACK**                                                                                   **PLAINTIFF**

vs.                                              NO. 5:23-cv-05024

**COBB-VANTRESS, LLC**                                                                   **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 2nd day of April, 2024, the parties herein having filed a Joint Stipulation of Dismissal without Prejudice (document 24) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that the above-captioned case be dismissed without prejudice.

AT THE DIRECTION OF THE COURT

RONALD DOWLING, CLERK

BY: /s/*Ty Caldwell*
    Deputy Clerk